United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| DRF, LLC, | § | Case No. 24-90446 (CML) |
| Debtor. | § | |
| Tax. I.D. No. 74-2937236 | § | |
| | | |
| In re: | § | Chapter 11 |
| DRF LOGISTICS, LLC, | § | Case No. 24-90447 (CML) |
| Debtor. | § | |
| Tax. I.D. No. 46-4026861 | § | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated August 9, 2024 (the "**Motion**")[1] of DRF Logistics, LLC and DRF, LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1 directing the joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and upon consideration of the First Day Declarations; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held to consider the relief requested in the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 24-90447 (CML).

2. The following checked items are ordered:

    ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

    ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

    ☒ Other: See below.

3. Nothing in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of the above-captioned cases, the Debtors, or the Debtors' estates.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **DRF LOGISTICS, LLC,** *et al.*, | § § | Case No. 24-90447 (CML) |
| Debtors.[1] | § § § | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: DRF Logistics, LLC (6861) and DRF, LLC (7236). The Debtors' mailing address is 7171 Southwest Parkway, Bldg. 300, Suite 400, Austin, TX 78735.

5. A docket entry shall be made in the chapter 11 case of DRL, LLC substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of DRF Logistics, LLC, *et al.* The docket in Case No. 24-90447 (CML) should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. A separate claims register shall be maintained for each Debtor.

8. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

9. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: August 09, 2024

_____
Christopher Lopez
United States Bankruptcy Judge