**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **DRF LOGISTICS, LLC,** *et al.*, | § | **Case No. 24-90447 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **(Emergency Hearing Requested)** |

**AGENDA OF MATTERS SET FOR EMERGENCY**
**HEARING ON AUGUST 9, 2024 AT 4:00 P.M. (CENTRAL TIME)**

EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 4:00 P.M. (CENTRAL TIME) ON AUGUST 9, 2024.

IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 9, 2024 AT 4:00 P.M. (CENTRAL TIME).

PARTICIPATION AT THE HEARING WILL ONLY BE PERMITTED BY AN AUDIO AND VIDEO CONNECTION.

AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ." CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.

HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: DRF Logistics, LLC (6861) and DRF, LLC (7236). The Debtors' mailing address is 7171 Southwest Parkway, Bldg. 300, Suite 400, Austin, TX 78735.

DRF Logistics, LLC and DRF, LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this Agenda of Matters Set for Emergency Hearing on **August 9, 2024 at 4:00 p.m. (Central Time)** before the Honorable Christopher M. Lopez.

1. Emergency Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1 for an Order Directing Joint Administration of Chapter 11 Cases **(Docket No. 2 )**

   <u>Status</u>:      The Order Directing Joint Administration of Chapter 11 Cases has been entered **(Docket No. 37)**.

   <u>Related Documents</u>:

       A.    Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 14)**

       B.    Order Directing Joint Administration of Chapter 11 Cases **(Docket No. 37)**

       C.    Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

       D.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

2. Notice of Designation as Complex Cases **(Docket No. 3)**

   <u>Status</u>:      The Order Granting Complex Case Treatment has been entered **(Docket No. 38)**.

   <u>Related Documents</u>:

       A.    Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No.14 )**

       B.    Order Granting Complex Case Treatment **(Docket No. 38)**

       C.    Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

       D.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

3. Emergency *Ex Parte* Application of Debtors for Entry of an Order Authorizing Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent **(Docket No. 4)**

   <u>Status</u>:      The Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent has been entered **(Docket No. 39).**

Related Documents:

    A.    Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent **(Docket No. 39).**

    B.    Declaration of Sheryl Betance in Support of Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent **(Docket No. 4-2**)

    C.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

4. Emergency Motion of Debtors for Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of 30 Largest Unsecured Creditors and (B) Redact Certain Personal Identification Information, (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information, and (III) Granting Related Relief **(Docket No. 5)**

Status:    This matter is going forward.

Related Documents:

    A.    Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 14)**

    B.    Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

    C.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

5. Corrected Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Continue Insurance Programs, Surety Bond Program, and Letters of Credit and Pay All Obligations with Respect Thereto and (II) Granting Related Relief **(Docket No. 28)**

Status:    This matter is going forward.

Related Documents:

    A.    Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Continue Insurance Programs, Surety Bond Program, and Letters of Credit and Pay All Obligations with Respect Thereto and (II) Granting Related Relief **(Docket No. 6)**

    B.    Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 14)**

    C.    Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

      D.      Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

6. Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Critical Vendor Claims and (B) Section 503(b)(9) Claims; and (II) Granting Related Relief **(Docket No. 7)**

   <u>Status</u>:     This matter is going forward.

   <u>Related Documents</u>:

         A.      Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 14)**

         B.      Notice of Filing of Revised Interim Order (I) Authorizing Debtors to Pay (A) Critical Vendor Claims and (B) Section 503(b)(9) Claims and (II) Granting Related Relief. **(Docket No. 44)**

         C.      Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

         D.      Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

7. Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Maintain Existing Check Stock, (C) Continue Intercompany Transactions and Provide Administrative Expense Priority for Postpetition Intercompany Claims, and (D) Pay Related Prepetition Obligations and (II) Granting Related Relief **(Docket No. 8 )**

   <u>Status</u>:     This matter is going forward.

   <u>Related Documents</u>:

         A.      Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 14)**

         B.      Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

         C.      Notice of Filing of Revised Interim Order (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Maintain Existing Check Stock, (C) Continue Intercompany Transactions and Provide Administrative Expense Priority for Postpetition Intercompany Claims, and (D) Pay Related Prepetition Obligations and (II) Granting Related Relief. **(Docket No. 45)**

         D.      Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

8.  Emergency Motion of Debtors for an Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Programs and Pay Related Obligations and (II) Granting Related Relief **(Docket No.9 )**

Status:     This matter is going forward.

Related Documents:

>   A.    Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 14)**

>   B.    Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

>   C.    Notice of Filing of Revised Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Obligations and (II) Granting Related Relief **(Docket No. 43)**

>   D.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

9.  Emergency Motion of Debtors for an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments and (II) Granting Related Relief **(Docket No.10)**

Status:     This matter is going forward.

Related Documents:

>   A.    Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 14)**

>   B.    Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

>   C.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

10. Emergency Motion of Debtors for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief **(Docket No. 11)**

Status:     This matter is going forward.

Related Documents:

>   A.    Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 14)**

B.     Notice of Filing of Revised Proposed Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief **(Docket No. 46)**

C.     Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

D.     Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

11. Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Modifying Automatic Stay, (IV) Scheduling Final Hearing, and (V) Granting Related Relief **(Docket No. 33)**

<u>Status</u>:     This matter is going forward.

<u>Related Documents</u>:

A.     Declaration of Eric Kaup in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 14)**

B.     Declaration of Lisa Lansio in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Modifying Automatic Stay, (IV) Scheduling Final Hearing, and (V) Granting Related Relief **(Docket No. 35)**

C.     Declaration of Robin Chiu in Support of First Day Motions and Applications **(Docket No. 42)**

D.     Notice of Filing of Revised Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Modifying Automatic Stay, (IV) Scheduling Final Hearing, and (V) Granting Related Relief **(Docket No. 47)**

E.     Debtors' Witness and Exhibit List for Emergency First Day Hearing on August 9, 2024 **(Docket No. 48)**

Dated: August 9, 2024
      Houston, Texas

*/s/ Gabriel A. Morgan*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
        Clifford.Carlson@weil.com


-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (*pro hac vice* pending)
Ronit J. Berkovich (*pro hac vice* pending)
Lauren Tauro (*pro hac vice* pending)
Alexander P. Cohen (24109739)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com
        Lauren.Tauro@weil.com
        Alexander.Cohen@weil.com


*Proposed Attorneys for Debtors*
*and Debtors in Possession*

## **Certificate of Service**

I hereby certify that on August 9, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Gabriel A. Morgan*
Gabriel A. Morgan