IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DRF LOGISTICS, LLC, *et al.*, | § | Case No. 24-90447 (CML) |
| | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**FIRST NOTICE OF REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

> **BANKRUPTCY RULE 6006 NOTICE TO UNEXPIRED LEASE COUNTERPARTIES**
>
> **PURSUANT TO BANKRUPTCY RULE 6006, PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR RESPECTIVE NAMES AND EXECUTORY CONTRACTS OR UNEXPIRED LEASES LISTED ON SCHEDULE 1 ANNEXED HERETO.**

**PLEASE TAKE NOTICE** that, on August 8, 2024 (the "**Petition Date**"),[2] DRF Logistics, LLC and DRF, LLC, as debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that, on September 16, 2024, the Bankruptcy Court entered an order (Docket No. 233) (the "**Rejection Procedures Order**") approving, among other relief, certain procedures for the rejection of the Debtors' executory contracts and unexpired leases. An electronic copy of the Rejection Procedures Order can be found at https://cases.stretto.com/DRFLogistics.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Rejection Procedures Order, the Debtors hereby give notice (this "**Rejection Notice**") of their intent to reject the unexpired leases of nonresidential real property (together with any amendments or modifications thereto, the "**Real Property Leases**") and other remaining executory contracts and unexpired leases (the "**Other Contracts**") set forth on the schedule annexed hereto as **Schedule 1**, effective

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: DRF Logistics, LLC (6861) and DRF, LLC (7236). The Debtors' mailing address is 7171 Southwest Parkway, Bldg. 300, Suite 400, Austin, TX 78735.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the *Motion of Debtors for an Order (I) Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (Docket No. 13).

as of the date set forth in the schedule of rejected Real Property Leases and Other Contracts annexed hereto as **Schedule 1**; *provided*, *however*, that the rejection date for the Real Property Leases will be the later of (i) the Debtors' unequivocal surrender of the Leased Premises via the delivery of the keys, key codes, and alarm codes to the Leased Premises, each as applicable, to the applicable landlord, by notifying the affected landlord in writing, with email being sufficient, and (ii) in the absence of delivering such keys and codes, providing written notice, with email being sufficient, to the affected landlord that such landlord may enter and re-let the Leased Premises (the "**Rejection Date**"). The Debtors intend to abandon their personal property remaining in or on the premises that are the subject of a rejected Real Property Lease (the "**Leased Premises**") as described in **Schedule 1** (if any). Pursuant to the terms of the Rejection Procedures Order, the landlord shall be entitled to dispose of such abandoned personal property of the Debtors without further notice or order from the Bankruptcy Court and without liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

**PLEASE TAKE FURTHER NOTICE** that, any party wishing to object to the Debtors' proposed rejection of a Real Property Lease or Other Contract, or abandonment of personal property remaining on the Leased Premises, if applicable, must file a written objection setting forth the legal and factual bases for such objection (an "**Objection**")[3] so that the Objection is filed with the Bankruptcy Court and actually received by the following parties no later than 14 days after the date the Debtors serve this Rejection Notice (i.e., October 2, 2024) (the "**Rejection Objection Deadline**"): (i) proposed counsel to the Debtors, Weil, Gotshal & Manges LLP, 700 Louisiana Street, Suite 3700, Houston, Texas 77002, Attn: Gabriel A. Morgan (gabriel.morgan@weil.com) and Clifford W. Carlson (clifford.carlson@weil.com) and 767 Fifth Avenue, New York, New York 10153, Attn: Ray C. Schrock (ray.schrock@weil.com), Ronit J. Berkovich (ronit.berkovich@weil.com), Lauren Tauro (lauren.tauro@weil.com), and Alexander P. Cohen (alexander.cohen@weil.com); (ii) counsel to the DIP Lender, Gibson, Dunn & Crutcher LLP, 200 Park Ave., New York, NY 10166, Attn: Matthew J. Williams, Keith Martorana, and C. Lee Wilson; (iii) the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Andrew Jiménez; and (iv) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201, Attn: Charles R. Gibbs (crgibbs@mwe.com) and Marcus Helt (mhelt@mwe.com) and One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman (dazman@mwe.com) and Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Jeffrey L. Cohen (jcohen@lowenstein.com), David M. Posner (dposner@lowenstein.com), Gianfranco Finizio (gfinizio@lowenstein.com), and Kelly E. Moynihan (kmoynihan@lowenstein.com) (collectively, the "**Objection Service Parties**").

**PLEASE TAKE FURTHER NOTICE** that, if no Objection is filed and served in compliance with the foregoing, each Real Property Lease and Other Contract listed in this Rejection Notice shall be rejected as of the Rejection Date set forth in this Rejection Notice or

---

[3] Any Objection to the rejection of a Real Property Lease or Other Contract listed in this Rejection Notice must state with specificity the Real Property Lease or Other Contract to which it is directed. An Objection to the rejection of a Real Property Lease or Other Contract listed in the Rejection Notice will not constitute an Objection to the rejection of any other Real Property Lease or Other Contract listed in this Rejection Notice, unless otherwise specified in such Objection.

such other date as the Debtors and the counterparty or counterparties to such Real Property Lease(s) or Other Contracts(s) agree.

**PLEASE TAKE FURTHER NOTICE** that, if an Objection is properly filed and served in compliance with the foregoing and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the rejection of the Real Property Lease(s) or Other Contracts(s) implicated by such Objection(s) and shall provide at least seven days' notice of such hearing to each objecting party and the Objection Service Parties.  If any such Objection is overruled or withdrawn, the Real Property Lease(s) or Other Contract(s) that are the subject of such Objection shall be rejected as of the Rejection Date set forth in the Rejection Notice or such other date as agreed by the parties or determined by the Bankruptcy Court as set forth in any order overruling such Objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Rejection Procedures Order, if the Debtors have deposited monies with a counterparty to a Real Property Lease or Other Contract as a security deposit or other similar arrangement, such Real Property Lease or Other Contract counterparty may not setoff, recoup, or otherwise use such monies without the prior authorization of the Bankruptcy Court or consent of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, absent a timely Objection, any personal property of the Debtors that is listed and described in **Schedule 1** shall be deemed abandoned as of the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that personal property that is subject to Other Contracts will be made available to each applicable lessor "as is, where is," and the Debtors will negotiate in good faith with each applicable lessor to determine a mutually convenient date and time for the applicable lessor to retrieve its personal property.  The Debtors make no representation or warranty regarding the condition or state of title of such property.  If such property is non-serviceable, the Debtors are under no obligation to repair such property to make it serviceable.  For the avoidance of doubt, if any personal property subject to an Other Contract remains on any Leased Premise after the later of the Rejection Date for such Other Contract or other date agreed to between the Debtors and applicable lessor as set forth in this paragraph, the Debtors shall not be liable for any use or disposal of such remaining property.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to remove any Real Property Lease or Other Contract from the schedule to this Rejection Notice at any time prior to the later of the Rejection Date and the date of entry of an order of the Bankruptcy Court approving the rejection if an Objection is filed, as applicable*; provided*, *however*, that the consent of the DIP Lender (such consent not to be unreasonably withheld) shall be required for the removal of any Real Property Lease or Other Contract from the schedule to this Rejection Notice if the DIP Lender or one of its affiliates is also a counterparty under such Real Property Lease or Other Contract.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim(s) for any damages as a result of the Debtors' rejection of your Real Property Lease(s) or Other Contract(s), you must submit a proof claim relating to the rejection of the applicable Real Property Lease(s) or Other Contract(s) by the later of:  (i) the deadline for filing proofs of claim

established in these chapter 11 cases, (ii) 4:00 p.m. (Central Time) on the first business day that is 30 calendar days after the Rejection Notice is served, and (iii) any date established by further order of the Court.  **IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (I) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (II) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (III) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.**

Dated: September 18, 2024
       Houston, Texas

              */s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Gabriel.Morgan@weil.com
            Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Lauren Tauro (admitted *pro hac vice*)
Alexander P. Cohen (24109739)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Ray.Schrock@weil.com
            Ronit.Berkovich@weil.com
            Lauren.Tauro@weil.com
            Alexander.Cohen@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

## Schedule 1

**Real Property Leases and Other Contracts to Be Rejected**[1]

| Landlord / Counterparty Name | Property / Noticing Address | Debtor Counterparty | Description of Lease or Contract | Personal Property to Be Abandoned | Rejection Date |
|---|---|---|---|---|---|
| BREIT Industrial Canyon KY1M02 & KY1W03-W04 LLC | 1850 Airport Exchange Blvd., Erlanger, KY 41018 | DRF, LLC | Real property lease | Any of the Debtors' personal property remaining at the Leased Premises, including four transformers, a security system, a generator, and fixtures such as electrical panels, overhead bus duct, conduit/wire feeds, pipe bollards, and guardrails. | August 31, 2024 |
| CH Realty VIII/I Chicago Arthur, L.L.C. | 2001 Arthur Ave., Elk Grove Village, IL 60007 | DRF, LLC | Real property lease | Although the Debtors do not believe any of their personal property remains at the Leased Premises, to the extent any such personal property so remains, such property is abandoned. | August 31, 2024 |
| Gatik AI, Inc. | 161 E. Evelyn Ave., Mountain View, CA 94041 | DRF, LLC | Master services agreement for autonomous transportation and all related amendments, renewals, additions, and SOWs, as applicable. | N/A | August 17, 2024 |

---

[1] The inclusion of a Real Property Lease or Other Contract on this list does not constitute an admission as to the executory or non-executory nature of such Other Contract or expired or unexpired nature of such Real Property Lease or such Other Contract if it is a lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Real Property Lease or Other Contract.