IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| DRF LOGISTICS, LLC, *et al.*, | § § § | Case No. 24-90447 (CML) |
| Debtors.¹ | § § § § | (Jointly Administered) Re: Docket No. 497 |

## NOTICE OF ENTRY OF ORDER CONFIRMING
## DEBTORS' AMENDED JOINT PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that, on November 25, 2024, the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas, entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Third Amended Joint Plan of Liquidation* (Docket No. 530) (the "**Confirmation Order**") confirming the *Debtors' Third Amended Joint Plan of Liquidation,* dated November 19, 2024 (Docket No. 497) (as amended, supplemented, or otherwise modified from time to time, the "**Plan**").²

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, Plan, and Disclosure Statement may be obtained free of charge by visiting the website maintained by Stretto, Inc. ("**Stretto**") at https://cases.stretto.com/drflogistics.  Parties may also obtain any documents filed in the Chapter 11 Cases for a fee via PACER at https://www.pacer.gov/.  Please note that a PACER password and login are required to access documents via PACER.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the provisions thereof are binding on the Debtors, the Wind Down Estates, any holder of a Claim against, or Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is impaired under the Plan and whether or not such holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that notwithstanding anything in the Plan, the Plan Supplement, the Plan Documents, or the Confirmation Order to the contrary, no Non-Creditor shall be deemed a Releasing Party and no Non-Creditor's rights will be impacted or otherwise modified by the Plan or the Confirmation Order, including such Non-Creditor's rights to pursue any claims (if any) against Pitney Bowes or any other Released Party.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  DRF Logistics, LLC (6861) and DRF, LLC (7236).  The Debtors' mailing address is 3001 Summer Street, Stamford, CT 06926.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

Dated:  November 26, 2024
       Houston, Texas

          /s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
         Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Lauren Tauro (admitted *pro hac vice*)
Alexander P. Cohen (24109739)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
         Ronit.Berkovich@weil.com
         Lauren.Tauro@weil.com
         Alexander.Cohen@weil.com

*Attorneys for Debtors
and Debtors in Possession*